**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMAR BRANDON GOLSON,<br><br>        Petitioner,<br><br>    vs.<br><br>KATHLEEN ALLISON, Warden,<br><br>        Respondent. | Case No. CV 11-9401-PA (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the First Amended Petition, records on file, and Report and Recommendation ("R&R") of the U.S. Magistrate Judge.  On May 5, 2014, after one extension of time, Petitioner filed Objections to the R&R, in which he simply reargues the merits of the FAP and reply.  Having reviewed de novo those portions of the R&R to which objections were filed, the Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the First Amended Petition is denied, Petitioner's request for an evidentiary hearing is denied, and Judgment be entered dismissing this action with prejudice.

DATED: <u>May 31, 2014</u>

                                                PERCY ANDERSON<br>                                                U.S. DISTRICT JUDGE