UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR BRANDON GOLSON,<br><br>        Petitioner,<br><br>    vs.<br><br>KATHLEEN ALLISON, Warden,<br><br>        Respondent. | Case No. CV 11-9401-PA (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2014

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE